IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| ROBIN CHESTNUT, | * |
| Plaintiff, | * |
| v. | Case No.   3:19-cv-21-CAR |
| | * |
| CHOICE HOTELS INTERNATIONAL, INC., et al, | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 10, 2019, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the State Court of Athens-Clarke County, Georgia.

This 11th day of March, 2019.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk